

RECEIVED
MAR 1 1 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:20-CR-36 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| PARISH D'ION BENNETT, | ) | T. 18 U.S.C. § 922(g)(1) |
| | ) | T. 18 U.S.C. § 922(g)(3) |
| Defendant. | ) | T. 18 U.S.C. § 924(a)(2) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Prohibited Person in Possession of a Firearm)**

On or about December 11, 2019, in the Southern District of Iowa, the defendant, PARISH D'ION BENNETT, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Taurus, PT 25, 25 caliber pistol, with serial number Z036318. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year, and knew he was an unlawful user of a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and 924(a)(2).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, PARISH D'ION BENNETT, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code,

Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm identified in Count One of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Andrea L. Glasgow
Assistant United States Attorney